CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 2 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARROLL E. WADE, | ) |
|     Petitioner, | )    Civil Action No. 7:08-cv-00482 |
| v. | )    **ORDER** |
| LARRY W. JARVIS, | )    By: Hon. James C. Turk |
|     Respondent. | )    Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the respondent's motion to dismiss is **GRANTED**; the petitioner's motion for summary judgment (docket #19) is **DENIED**; the petitioner's petition for a writ of habeas corpus is **DISMISSED**; the petitioner's motion for extension of time is **DISMISSED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 2nd day of February, 2009.

                                              /s/ James C. Turk
                                              Senior United States District Judge